KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
Tel: (212) 715-9100
Kenneth H. Eckstein, Esq.
P. Bradley O'Neill, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| NORTHWEST AIRLINES CORPORATION, et al., | Case No. 05-17930 (ALG) |
| Debtors. | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that FTI Consulting, Inc. ("FTI"), financial advisor to the Official Committee of Unsecured Creditors of Northwest Airlines Corporation (the "Committee"), hereby appeals to the United States District Court for the Southern District of New York from the (i) Decision Denying Success/Completion Fee Request Portion of Lazard Freres & Co.' and FTI Consulting Inc.'s Final Fee Applications (Docket No. 8103) and (ii) Order Denying Allowance of Completion Fee Requests of FTI Consulting, Inc. (Docket No. 8104) (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Morris, J.) on the 29th day of February 2008.

The parties to the Order appealed from are FTI, the Committee, CarVal Investors, LLC ("CarVal"), the Association of Flight Attendants – CWA, AFL-CIO (the "AFA") and the United States Trustee for the Southern District of New York (the "U.S. Trustee").

The names and addresses of the attorneys for FTI are:

      Kenneth H. Eckstein, Esq.
      P. Bradley O'Neill, Esq.

KL2 2548846.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of Americas
New York, New York 10036
(212) 715-9100

The names and addresses of the attorneys for the Committee are:

Scott L. Hazen, Esq.
Brett Miller, Esq.
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169

The names and addresses of the attorneys for CarVal are:

Allan S. Brilliant, Esq.
Brian D. Hail, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022

-and-

Sean Southard, Esq.
KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, New York 10017

The names and addresses of the attorneys for the AFA are:

Robert S. Clayman, Esq.
GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.
1625 Massachusetts Avenue, N.W., Suite 700
Washington, D.C. 20036

-and-

Hanan B. Kolko, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018

The names and addresses of the attorneys for the U.S. Trustee are:

Alicia M. Leonhard, Esq.
Brian S. Masumoto, Esq.
DIANA G. ADAMS

United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004

Dated: March 10, 2008

        KRAMER LEVIN NAFTALIS & FRANKEL LLP

    By:   /s/ P. Bradley O'Neill
           Kenneth H. Eckstein, Esq.
           P. Bradley O'Neill, Esq
           1177 Avenue of Americas
           New York, New York 10036
           Tel: (212) 715-9100