USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In re:                                  : Chapter 11
                                        : Case No. 05-17930(ALG)
NORTHWEST AIRLINES CORPORATION, et al., :
                                        :
                    Debtors.            :
                                        :
----------------------------------------x
                                        :
FTI CONSULTING, INC.,                   :
                                        :
                    Appellant,          :
                                        :
        -against-                       : Case No. 08-03499 (NRB)
                                        :
CARVAL INVESTORS, LLC, ASSOCIATION OF   :
FLIGHT ATTENDANTS – CWA, AFL-CIO, and   :
THE UNITED STATES TRUSTEE FOR THE       :
SOUTHERN DISTRICT OF NEW YORK,          :
                                        :
                    Appellees.          :
----------------------------------------x

## STIPULATION DISMISSING APPEAL

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, it is hereby stipulated and agreed by the undersigned counsel of record that this appeal be dismissed with prejudice and without costs to any party. This stipulation may be executed in counterparts.

Dated: May 5, 2008

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
P. Bradley O'Neill, Esq.
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100

*Counsel for FTI Consulting, Inc.*

GOODWIN PROCTER LLP

By: _____
Brian D. Hail
599 Lexington Avenue
New York, New York 10022
Tel: (212) 813-8800

*Counsel for CarVal Investors, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          : Chapter 11
                                                : Case No.  05-17930(ALG)
NORTHWEST AIRLINES CORPORATION, et al.,         :
                                                :
            Debtors.                            :
                                                :
------------------------------------------------------------x
FTI CONSULTING, INC.,                           :
                                                :
            Appellant,                          :
                                                :
      -against-                                 : Case No. 08-03499 (NRB)
                                                :
CARVAL INVESTORS, LLC, ASSOCIATION OF           :
FLIGHT ATTENDANTS – CWA, AFL-CIO, and           :
THE UNITED STATES TRUSTEE FOR THE               :
SOUTHERN DISTRICT OF NEW YORK,                  :
                                                :
            Appellees.                          :
------------------------------------------------------------x

## STIPULATION DISMISSING APPEAL

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, it is hereby stipulated and agreed by the undersigned counsel of record that this appeal be dismissed with prejudice and without costs to any party. This stipulation may be executed in counterparts.

Dated:  May 5, 2008

KRAMER LEVIN NAFTALIS &                         GOODWIN PROCTER LLP
FRANKEL LLP

By:_____                    By:_____
   P. Bradley O'Neill, Esq.                        Brian D. Hail
   1177 Avenue of the Americas                     599 Lexington Avenue
   New York, New York 10036                        New York, New York 10022
   Tel.: (212) 715-9100                            Tel: (212) 813-8800

*Counsel for FTI Consulting, Inc.*              *Counsel for CarVal Investors, LLC*

GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

By: /s/ Robert S. Clayman
Robert S. Clayman
1625 Massachusetts Avenue, N.W. Suite 700
Washington, D.C. 20036
(202) 624-7400

*Counsel for Association of Flight Attendants – CWA, AFL-CIO*

DIANA G. ADAMS,
UNITED STATES TRUSTEE

By: _____
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C

By: _____
John Bougiamas
230 Park Avenue
New York, New York 10169
(212) 661-9100

*Counsel for the Official Committee of Unsecured Creditors of Northwest Airlines Corporation, et al.*

SO-ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

2

GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

By: _____
Robert S. Clayman
1625 Massachusetts Avenue, N.W. Suite 700
Washington, D.C. 20036
(202) 624-7400

*Counsel for Association of Flight Attendants – CWA, AFL-CIO*

DIANA G. ADAMS,
UNITED STATES TRUSTEE

By: *[signature]*
Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: _____
John Bougiamas
230 Park Avenue
New York, New York 10169
(212) 661-9100

*Counsel for the Official Committee of Unsecured Creditors of Northwest Airlines Corporation, et al.*

SO-ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

2

Case 1:08-cv-03499-NRB    Document 6    Filed 05/09/2008    Page 5 of 5

GUERRIERI, EDMOND, CLAYMAN &  
BARTOS, P.C.

By: _____  
Robert S. Clayman  
1625 Massachusetts Avenue, N.W. Suite 700  
Washington, D.C. 20036  
(202) 624-7400

*Counsel for Association of Flight Attendants –*  
*CWA, AFL-CIO*

DIANA G. ADAMS,  
UNITED STATES TRUSTEE

By: _____  
Brian S. Masumoto  
33 Whitehall Street, 21st Floor  
New York, New York 10004  
(212) 510-0500

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: _____  
John Bougiamas  
230 Park Avenue  
New York, New York 10169  
(212) 661-9100

*Counsel for the Official Committee of Unsecured Creditors*  
*of Northwest Airlines Corporation, et al.*

SO-ORDERED

_____  
UNITED STATES DISTRICT COURT JUDGE  
5/9/08